United States District Court
Southern District of Texas
**ENTERED**
February 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JSW STEEL (USA) INC., *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-01842 |
| § | |
| NUCOR CORP., *et al.*, § § | |
| Defendants. § | |

## FINAL JUDGMENT

Plaintiffs filed this Complaint on June 8, 2021, alleging that Defendants (1) violated Sherman Act § 1 and Clayton Act § 4; (2) violated the Texas Free Enterprise and Antitrust Act, Tex. Bus. & Com. Code Ann § 15.01 *et seq.*; (3) engaged in civil conspiracy in violation of Texas state law; (4) tortiously interfered with existing contracts; and (5) tortiously interfered with prospective business relationships. (Doc. 1.) Defendants filed Motions to Dismiss. (Docs. 46, 47.) The Court granted the motions and dismissed all of Plaintiff's claims with prejudice. (Doc. (Doc. 84.)

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the Memorandum & Order, final judgment is hereby **ENTERED** for Defendants Nucor Corp., United States Steel Corp., AK Steel Corp., and Cleveland-Cliffs Inc.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on February 17, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE