## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JSW STEEL (USA) INC. and JSW STEEL USA OHIO, INC.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>NUCOR CORP., UNITED STATES STEEL CORP., AK STEEL HOLDING CORP., and CLEVELAND-CLIFFS INC.,<br><br>　　　　　　Defendants. | C.A. No. 4:21-cv-01842 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs JSW Steel (USA) Inc. and JSW Steel USA Ohio, Inc. in the above-referenced action, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Final Judgment (ECF No. 85) and each and every part of the decisions and rulings in the Memorandum and Order preceding the Final Judgment (ECF No. 84), entered in this action on February 17, 2022.

Dated: March 16, 2022

Respectfully submitted,

**BAKER BOTTS L.L.P.**

/s/*Joseph A. Ostoyich*

Joseph A. Ostoyich (admitted *pro hac vice*) (attorney-in-charge) (joseph.ostoyich@bakerbotts.com)

Michael L. Calhoon (Texas State Bar No:00785744; Southern District of Texas No. 16474) (michael.calhoon@bakerbotts.com)

Julie B. Rubenstein (admitted *pro hac vice*) (julie.rubenstein@bakerbotts.com)

Christopher Wilson (admitted *pro hac vice*)
(christopher.wilson@bakerbotts.com)

JoAnna Adkisson (admitted *pro hac vice*)
(joanna.adkisson@bakerbotts.com)

700 K St. NW
Washington, D.C. 20001
P: 202.639.7700
F: 202.639.7890

*ATTORNEYS FOR PLAINTIFFS JSW STEEL (USA) INC. and JSW STEEL USA OHIO, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2022, I caused the foregoing NOTICE OF APPEAL to

be served upon all counsel of record via the Court's ECF system.

*/s/ Joseph A. Ostoyich*
Joseph A. Ostoyich
Baker Botts L.L.P.