United States Courts
Southern District of Texas
FILED

May 06, 2022

Nathan Ochsner, Clerk of Court

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 06, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-20149   JSW Steel (USA) v. Nucor
                  USDC No. 4:21-CV-1842

Enclosed is an order entered in this case.

The court has considered the motion of JSW Steel (USA) Incorporated, JSW Steel USA Ohio, Incorporated to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for JSW Steel (USA) Incorporated, JSW Steel USA Ohio, Incorporated may obtain all ex parte documents *filed on behalf of* JSW Steel (USA) Incorporated, JSW Steel USA Ohio, Incorporated, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Christina A. Gardner, Deputy Clerk
                            504-310-7684

Ms. JoAnna B. Adkisson
Mr. Michael Lee Calhoon
Mr. Kolya Glick
Ms. Kathryne Gray
Mr. Adam L. Hudes
Mr. Robert J. Katerberg
Mr. Michael Patrick Lennon Jr.
Mr. Anthony Joseph Lucisano
Mr. Stephen M. Medlock
Ms. Katherine E. Monks
Mr. Nathan Ochsner
Mr. Christopher Odell
Mr. Joseph Allen Ostoyich I
Mr. James Arthur Reeder Jr.
Ms. Julie Rubenstein
Mr. Aaron Michael Streett

Mr. Christopher Wilson
Mr. Thomas D. York
Mr. Carmine R. Zarlenga

# United States Court of Appeals
# for the Fifth Circuit

No. 22-20149

JSW Steel (USA) Incorporated; JSW Steel USA Ohio, Incorporated,

*Plaintiffs—Appellants,*

*versus*

Nucor Corporation; United States Steel Corporation; AK Steel Corporation; Cleveland-Cliffs Incorporated,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-1842

ORDER:

IT IS ORDERED that Appellants' unopposed motion to view and obtain sealed documents is GRANTED.

Cory T. Wilson
*United States Circuit Judge*