IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JSW STEEL (USA) INC. AND JSW STEEL USA OHIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NUCOR CORP., UNITED STATES STEEL CORP., AK STEEL HOLDING CORP., AND CLEVELAND-CLIFFS INC., <br><br> Defendants. | CIVIL ACTION NO. 4:21-CV-01842 |

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS**

Joseph A. Ostoyich, counsel for JSW Steel (USA) Inc. and JSW Steel USA Ohio, Inc., hereby provides notice that his law firm affiliation and address have changed to Clifford Chance US LLP, 2001 K Street NW, Suite 900, Washington, DC 20006. Effective immediately, Joseph A. Ostoyich should be served as indicated in the above-captioned matter.

Dated: June 13, 2023

Respectfully Submitted,

/s/ *Joseph A. Ostoyich*
Joseph A. Ostoyich
Clifford Chance US LLP
2001 K Street NW, Suite 900
Washington, DC 20006
Email: joseph.ostoyich@cliffordchance.com
Telephone: (202) 253-9077
Fax: (202) 912-6000